IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER A. MCCULLOUGH**                                                                              **PLAINTIFF**
**ADC #91861**

V.                                    Case No. 4:22-cv-00387-LPR

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered separately today, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and accompanying Order is considered frivolous and not in good faith.

DATED this 10th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE